UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-22497-CIV-JORDAN

CALVIN CARLOS CAMPBELL, )
)
)
Plaintiff )
)
vs. )
)
CORRECTIONAL OFFICER LAKISHA )
HUMPHRIES, et al., )
)
)
Defendants )
_____ )

## ORDER

Following a de novo review of the record, I adopt Magistrate Judge White's report and recommendation [D.E. 34], to which there have been no objections. Accordingly, the amended complaint [D.E. 28] is dismissed for failure to state a claim, *see* 28 U.S.C. § 1915(e)(2)(b)(ii), and Mr. Campbell's conclusory motion for default judgment in the amount of $5 million [D.E. 32] is denied. As the case currently stands, there is a clerk's default against defendant Lakisha Humphries based on the allegations in the initial complaint.

If Mr. Campbell wishes to file an amended motion for default judgment, he must support the motion and his claim for damages with evidence (in the form of affidavits or medical records), and he must file that motion no later than October 15, 2008. If no such motion is filed, this case will be dismissed for lack of prosecution.

DONE and ORDERED in chambers in Miami, Florida, this 15th day of September, 2008.

Adalberto Jordan
United States District Judge

Copy to:   All counsel of record

Calvin Carlos Campbell, DC# 016422, pro se, SFRC, 14000 N.W. 41 Street, F-110, Miami, FL 33178 (last known address [D.E. 36]